AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
JUN - 4 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Johnathan Matthew Taylor | ) | 2:19-mj-00049 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 3, 2018__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, as defined in 18 U.S.C. § 2423(f), or attempt to do so. |

This criminal complaint is based on these facts:

On or about June 3, 2019, Johnathan Matthew Taylor, age 24, knowingly traveled in interstate commerce, that is, from at or near Chesapeake, OH, to St. Albans, Kanawha County, WV for the purpose of engaging in illicit sexual conduct, that is, sexual intercourse, with what he believed to be a 15 year old girl. Taylor was arrested in the vicinity of the location where he had arranged to meet the purported minor for the purpose of engaging in the illicit sexual activity.

☐ Continued on the attached sheet.

*Complainant's signature*

Jared Jankowski, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/04/2019

*Judge's signature*

City and state: Charleston, West Virginia    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*